UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISAIAH KENNEDY,

    Plaintiff,

v.                                               Case No: 8:23-cv-0913-KKM-SPF

CARMAX INC., et al.,

    Defendant.
_____

## ORDER

Isaiah Kennedy sues Carmax, Inc., and Lexis Nexis for violations of the Fair Debt Collection Practices Act. He moves for leave to file electronically. (Doc. 3.) The general rule is that pro se litigants must file paper documents with the Court and must establish "that an exemption is necessary to avoid unreasonable burdens and to promote access to information." *See Ogilvie v. Millsaps*, No. 8:15-CV-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015). Kennedy provides no reason he needs to file electronically, let alone one that rises to the level of an "unreasonable burden[]" that justifies an exemption to the general rule. The Court notes that any member of the public can access electronic records of the federal courts by registering online with PACER. Accordingly, Plaintiff's motion (Doc. 3) is **DENIED**.

**ORDERED** in Tampa, Florida, on May 9, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

2